

# INVITAE DIAGNOSTIC TESTING RESULTS

| | | |
|---|---|---|
| **Patient name:** H█ Almoosi | **Sample type:** Buccal Swab | **Report date:** 12/10/2021 |
| **DOB:** █/2018 | **Sample collection date:** 11/19/2021 | **Invitae #:** RQ2902695 |
| **Sex assigned at birth:** Female | **Sample accession date:** 11/22/2021 | **Clinical team:** Alexandra Dunn |
| **Gender:** | **MRN:** 101484343 | Julie Ziobro |

**Reason for testing**
Diagnostic test for a personal history of disease

**Test performed**
Sequence analysis and deletion/duplication testing of the 302 genes listed in the Genes Analyzed section.
- Invitae Epilepsy Panel

 **RESULT: POTENTIALLY POSITIVE**

Two Pathogenic variants identified in TPP1. TPP1 is associated with autosomal recessive neuronal ceroid lipofuscinosis.

Additional Variant(s) of Uncertain Significance identified.

| GENE | VARIANT | ZYGOSITY | VARIANT CLASSIFICATION |
|---|---|---|---|
| TPP1 | c.1094G>A (p.Cys365Tyr) | heterozygous | PATHOGENIC |
| TPP1 | c.1558del (p.Arg520Valfs*12) | heterozygous | PATHOGENIC |
| KCNJ10 | c.305C>G (p.Pro102Arg) | heterozygous | Uncertain Significance |
| KCNMA1 | c.36_65del (p.Gly13_Ser22del) | heterozygous | Uncertain Significance |
| KIF1A | c.1290C>T (Silent) | heterozygous | Uncertain Significance |
| PLAA | c.1445C>T (p.Ser482Leu) | heterozygous | Uncertain Significance |
| RELN | c.6554T>A (p.Met2185Lys) | heterozygous | Uncertain Significance |

**About this test**
This diagnostic test evaluates 302 gene(s) for variants (genetic changes) that are associated with genetic disorders. Diagnostic genetic testing, when combined with family history and other medical results, may provide information to clarify individual risk, support a clinical diagnosis, and assist with the development of a personalized treatment and management strategy.